SEYFARTH SHAW LLP
Eric Michael Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Frederick T. Smith (*admitted pro hac vice*)
fsmith@seyfarth.com
Esther Slater McDonald (*admitted pro hac vice*)
emcdonald@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3958
Telephone:    (404) 885-1500
Facsimile:    (404) 892-7056

Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 3:17-cv-00152-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Date:            May 25, 2017<br>Time:           10:00 a.m.<br>Courtroom:   4<br><br>Complaint Filed:      January 12, 2017<br>Complaint Served:   January 23, 2017 |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)
CASE NO. 3:17-CV-00152-VC

38611112v.1

1  This matter came before the Court on Defendant FIRST ADVANTAGE BACKGROUND
2  SERVICES CORP.'s Motion to Dismiss Plaintiff Marcus Chism's Complaint.  In addition to the
3  pleadings on file, the Court has reviewed all pleadings files in support of and in opposition to the Motion
4  and has considered the oral argument of counsel.
5  NOW, THEREFORE, the Court GRANTS First Advantage's Motion to Dismiss.  The Court
6  hereby dismisses Plaintiff's Complaint with prejudice as to First Advantage only.
7  **IT IS SO ORDERED.**
8  Dated: _____, 2017

_____
The Honorable Vince Chhabria