UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PEPSICO, INC. et al<br><br>　　　　　　　　Defendant(s). | Case No: 3:17-cv-00152-v<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, /s/ James R. Silvers, an active member in good standing of the bar of SOUTH CAROLINA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PEPSICO, INC. and FRITO-LAY, INC. in the above-entitled action. My local co-counsel in this case is Thomas M. McInerney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>300 N. Main Street, Suite 500<br>Greenville, SC 29601 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market Plaza, Suite 1300, Steuart Tower<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(864) 271-1300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-4871 |
| MY EMAIL ADDRESS OF RECORD:<br>james.silvers@ogletree.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>thomas.mcinerney@ogletree.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 78290.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/19/17　　　　　　　　　　　　　　　　　　　　/s/ James R. Silvers
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of /s/ James R. Silvers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that James Roy Silvers was duly sworn and admitted as an attorney in this state on November 16, 2009, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *Brenda J. Healy*
CHIEF DEPUTY CLERK

Columbia, South Carolina

July 25, 2016