Shaun Setareh, (SBN 204514)
    shaun@setarehlaw.com
Thomas Segal, (SBN 222791)
    thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Tel:  (310) 888-7771
Fax: (310) 888-0109

Attorneys for Plaintiff,
MARCUS CHISM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida Corporation; and DOES 1 to 100, Inclusive,<br><br>    Defendants, | Case No. 3:17-cv-00152-VC<br><br>**PLAINTIFF 'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP** |

*Chism v. Pepsico, Inc. et al*  PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD PLEASE TAKE NOTICE THAT:**

Plaintiff hereby voluntarily dismisses without prejudice his claims against First Advantage Background Corporation.

Dated:  July 19, 2017                             SETAREH LAW GROUP

By:  */s/ Shaun Setareh*
SHAUN SETAREH
THOMAS SEGAL
Attorneys for Plaintiff,
MARCUS CHISM