SHAUN SETAREH (SBN 204514)
shaun@setarehlaw.com
THOMAS SEGAL (SBN 222791)
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA  90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff,
MARCUS CHISM

THOMAS M. MCINERNEY (SBN 162055)
tmm@ogletree.com
JASON P. BROWN (SBN 266472)
jason.brown@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:  (415) 442-4810
Facsimile:  (415) 442-4870

STEPHEN R. WOODS, (*pro hac vice*)
stephen.woods@ogletree.com
JAMES R. SILVERS, (*pro hac vice*)
james.silvers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone:  (864) 271-1300
Facsimile:  (864) 235-8806

Attorneys for Defendant
FRITO-LAY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEPSICO, INC.,  a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP.,  a Florida Corporation; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 3:17-cv-00152-VC<br><br>**THE PARTIES' UPDATED JOINT CASE MANAGEMENT CONFERNECE STATEMENT**<br><br>Date:           January 30, 2018<br>Time:          1:30 PM<br>Courtroom:   4, 17th Floor, San Francisco<br>                      The Hon. Vince Chhabria |

1 | The parties have reviewed items 1 through 21 of the Initial Joint Case Management Conference Statement [Dkt. No. 39 filed May 2, 2017] and provide the following update:

12. <u>Settlement and ADR</u>

The remaining parties have reached a settlement in principle of this case.  The parties have traded several drafts of the formal memorandum of understanding and expect to finalize the details in the next fourteen (14) days.  Thereafter, the parties expect that a long-form settlement agreement will be presented to the Court for preliminary approval within thirty (30) days of the completion of the Memorandum of Understanding.

Dated:  January 24, 2018                    */s/ Shaun Setareh*
                                            Shaun Setareh
                                             Law Group


Dated:  January 24, 2018                    */s/ Jason P. Brown*
                                            Jason P. Brown
                                            Ogletree, Deakins, Nash, Smoak &
                                            Stewart, P.C.


## **LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated:  January 24, 2018                    */s/Jason P. Brown*
                                            Jason P. Brown