UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM,<br><br>        Plaintiff,<br><br>    v.<br><br>FRITO-LAY, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-00152-VC<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 84 |

The case management conference scheduled for January 30, 2018 is vacated. The preliminary approval motion hearing is set for March 29, 2018 at 10:00 a.m. The preliminary approval motion is due by March 15, 2018.

    **IT IS SO ORDERED.**

Dated: January 26, 2018

_____
VINCE CHHABRIA
United States District Judge