Exhibit 1

FritoLay
Good fun!

HOME   WHERE TO BUY   FOR SPECIAL DIETS   FAQ   NEWS

RECIPES          ABOUT US

## Background Check Authorization

☐ By checking this box,

I hereby authorize and request any present or former employer, school, police department, financial institution or other persons having personal knowledge about me, to furnish bearer with any and all information in their possession regarding me in connection with an application for employment. I am willing that a photocopy of this authorization be accepted with the same authority as the original, and I specifically waive any written notice from any present or former employer who may provide information based upon this authorized request. I understand this authorization is to be part of the written employment application which I sign. I certify that the information on this Background Questionnaire is correct, and understand that falsification is grounds for refusing employment or dismissal. I have been given a stand alone, consumer notification that a report will be requested and used for the purpose of evaluating me for employment or retention as an employee."

☐ By checking this box,

I authorize the release of information to First Advantage, acting on behalf of Frito-Lay, Inc., as required by the U.S. Department of Transportation Federal Highway Administration. *

By typing my signature below, I, HrMc Test, agree that my electronic signature is the legally binding equivalent to my handwritten signature. Whenever I execute an electronic signature, it has the same validity and meaning as my handwritten signature. I will not, at any time in the future, repudiate the meaning of my electronic signature or claim that my electronic signature is not legally binding. By signing below, I accept the conditions of this agreement.

Signature
First and Last Name: *

Today's Date:
(mm/dd/yyyy) *

Next

If you would like to request an accommodation on the basis of a disability for completing this online application, please click here.

© 2013 FRITO-LAY NORTH AMERICA, INC.   CONTACT US   |   PRIVACY POLICY   |   TERMS OF SERVICE   |   WHERE TO BUY   |



## BACKGROUND CHECK
### DISCLOSURE

A consumer report is a type of background check in which information (which may include, but is not limited to, criminal background, driving background, character, general reputation, personal characteristics, and mode of living) about you is gathered and communicated by a consumer reporting agency ("CRA") to Frito-Lay and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company").

Company may obtain a consumer report on you to be used for employment purposes, including your application for employment.

**Please click below to acknowledge you have read and understand the Background Check Disclosure.**

By clicking the "I ACKNOWLEDGE" box below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this Background Check Disclosure. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this Background Check Disclosure.

☐ I Acknowledge

Next

If you would like to request an accommodation on the basis of a disability for completing this online application, please click here

© 2013 FRITO-LAY NORTH AMERICA, INC.   CONTACT US   |   PRIVACY POLICY   |   TERMS OF SERVICE   |   WHERE TO BUY

FLL000002



**ADDITIONAL DISCLOSURES**

In addition to the disclosure set forth in the separate Background Check Disclosure screen, below please find additional disclosures/notices that pertain to you. Please note: state disclosures that overlap with the disclosure set forth in the separate Background Check Disclosure screen are not repeated in these Additional Disclosures.

All applicants/employees: Frito-Lay and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company") may obtain an investigative consumer report on you to be used for employment purposes, including your application for employment. Under federal law, an investigative consumer report is a special type of consumer report in which information (which may include, but is not limited to, criminal background, driving background, character, general reputation, personal characteristics, and mode of living) about you may be obtained by personal (including telephonic) interviews with neighbors, friends, associates, acquaintances, or others. (In California, the term "investigative consumer report" has a slightly different meaning, as explained in the separate California State Law Disclosures (non-credit) (if applicable).) You have a right to request from Company disclosures of the nature and scope of an investigative consumer report and a summary of your rights under the federal Fair Credit Reporting Act. Your request should be made in writing to Company at First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292, Toll Free 1-800-845-6004, within a reasonable period of time after your receipt of this form. A copy of "A Summary of Your Rights under the Fair Credit Reporting Act" is included below.

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, 20552.

A Summary of Your Rights under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to

You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

Consumer reporting agencies must correct or delete inaccurate,

Please click below to acknowledge you have read and understand the Additional Disclosures.

By clicking the "I ACKNOWLEDGE" box below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this Background Check Additional Disclosures. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this Background Check Additional Disclosures.

☐ I Acknowledge

Next

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

o    a person has taken adverse action against you because of information in your credit report;
o    you are the victim of identity theft and place a fraud alert in your file;
o    your file contains inaccurate information as a result of fraud;
o    you are on public assistance;
o    you are unemployed but expect to apply for employment within 60 days.
In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPT-OUT (1-888-567-8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit | a. Consumer Financial Protection Bureau; 1700 G Street, N.W.; Washington, DC 20552 |

| unions also should list, in addition to the CFPB: | b. Federal Trade Commission: Consumer Response Center – FCRA; Washington, DC 20580 (877) 382 -4357 |
|---|---|
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency; Customer Assistance Group 1301 McKinney Street, Suite 3450; Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center; P.O. Box. 1200; Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center; 1100 Walnut Street, Box #11; Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration; Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO); 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings; Aviation Consumer Protection Division; Department of Transportation; 1200 New Jersey Avenue, S.E.; Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board; Department of Transportation; 395 E Street, S.W.; Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access; United States Small Business Administration 409 Third Street, SW, 8th Floor; Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission; 100 F Street, N.E.; Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration; 1501 Farm Credit Drive; McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA; Washington, DC 20580; (877) 382-4357 |

**Massachusetts applicants/employees only**: The precise nature and scope of any investigative consumer report (which commonly includes information regarding your character, general reputation, personal characteristics, and mode of living) will be the same types of information described above. You have a right to have a copy of any investigative consumer report upon request from First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**Minnesota applicants/employees only**: You have the right to request a complete and accurate disclosure of the nature and scope of any consumer report from First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**Montana applicants/employee only**: You have a right to request from Company disclosures of the nature, scope, and substance of any investigative consumer report.

**New Jersey applicants/employees only**: The precise nature and scope of any investigative consumer report (which commonly includes information regarding your character, general reputation, personal characteristics, and mode of living) will be the same types of information described above. You have a right to have a copy of any investigative consumer report upon request from First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**New York applicants/employees only**: Company may request or utilize subsequent consumer reports (other than investigative consumer reports) on you throughout your employment. Upon request, you will be informed whether or not a consumer report was requested, and if such report was requested, informed of the name and address of the CRA that furnished the report.  Upon written request, you will be informed whether or not an investigative consumer report was requested, and if such report was requested, the name and address of the CRA to whom the request was made.  Your written request should be made to Company at First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.  You may also contact the Company at Toll Free 1-800-845-6004. Upon furnishing you with the name and address of the CRA, you will also be informed that you may inspect and receive a copy of such report by contacting that agency.

## NEW YORK CORRECTION LAW
### ARTICLE 23-A
LICENSURE AND EMPLOYMENT OF PERSONS PREVIOUSLY CONVICTED OF ONE OR MORE CRIMINAL OFFENSES

§750. Definitions.

For the purposes of this article, the following terms shall have the following meanings:

(1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission.

(2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons.

(3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.

(4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm.

(5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that "employment" shall not, for the purposes of this article, include membership in any law enforcement agency.

§751. Applicability.

The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

FLL000006

§752. Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited.

No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individual's having been previously convicted of one or more criminal offenses, or by reason of a finding of lack of "good moral character" when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

    (1) There is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or

    (2) the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

§753. Factors to be considered concerning a previous criminal conviction; presumption.

    (1) In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors:

    (a)    The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.

    (b)    The specific duties and responsibilities necessarily related to the license or employment sought or held by the person.

    (c)    The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.

    (d)    The time which has elapsed since the occurrence of the criminal offense or offenses.

    (e)    The age of the person at the time of occurrence of the criminal offense or offenses.

    (f)    The seriousness of the offense or offenses.

    (g)    Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

    (h)    The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

    (2) In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

§754. Written statement upon denial of license or employment.

At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

§755. Enforcement.

    (1) In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules.

(2)   In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

**[PLEASE SEE BELOW FOR ADDITIONAL DISCLOSURES THAT MAY APPLY TO YOU]**

**Washington State applicants/employees only**:  You have the right, upon written request made within a reasonable period of time after your receipt of this disclosure, to receive from the Company a complete and accurate disclosure of the nature and scope of any "investigative" consumer report we may have requested.  You also have the right to request from the consumer reporting agency a written summary of your rights and remedies under the Washington Fair Credit Reporting Act.  Any requests under this paragraph to the CRA should be made to First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**[PLEASE SEE BELOW FOR ADDITIONAL DISCLOSURES THAT MAY APPLY TO YOU]**

*Post where readily accessible to job applicants and employees.*
**CITY AND COUNTY OF SAN FRANCISCO**
EDWIN M. LEE, MAYOR
NOTICE TO JOB APPLICANTS AND EMPLOYEES
**San Francisco Fair Chance Ordinance**
Police Code, Article 49

**Starting August 13, 2014, the Fair Chance Ordinance (San Francisco Police Code, Article 49) requires employers to follow strict rules regarding the use of arrest and conviction records in hiring and employment decisions.** The ordinance covers job applicants and employees who would be or are performing work in whole, or in substantial part, in San Francisco and applies to employers who have 20 or more employees (regardless of the employees' locations).

**Certain matters are off-limits.** An employer may *never* ask about, require disclosure of, or consider: an arrest not leading to a conviction (other than an unresolved arrest that is still undergoing criminal investigation or trial); participation in a diversion or deferral of judgment program; a conviction that has been expunged or made inoperative; any determination in the juvenile justice system; a conviction more than 7 years old; and a criminal offense other than a felony/misdemeanor. Matters that are off-limits cannot be used by the employer for any reason at any stage of the hiring process.

**An employer cannot ask about an individual's conviction history or unresolved arrests at the start of the hiring process.** This includes through a job application form, informal conversation, or otherwise.

**A mandatory interactive process for matters not off-limits.** Only after a live interview has been conducted, or a conditional offer of employment made, is the employer allowed to ask about an individual's conviction history (except as to matters that are off-limits) and unresolved arrests. Only those convictions and unresolved arrests that *directly relate* to the individual's ability to do the job may be considered in making an employment decision.

Before the employer may take an adverse action such as failing/refusing to hire, discharging, or not promoting an individual based on a conviction history or unresolved arrest, the employer must give the individual an opportunity to present evidence that the information is inaccurate, the individual has been rehabilitated, or other mitigating factors. The individual has seven days to respond, at which point the employer must delay any adverse action for a reasonable time and reconsider the adverse action. The employer must notify the individual of any final adverse action.

*Evidence of rehabilitation* include satisfying parole/probation; receiving education/training; participating in alcohol/drug treatment programs; letters of recommendation; and age at which the individual was convicted. *Mitigating factors* include coercion, physical or emotional abuse, and untreated substance abuse/mental illness, that contributed to the conviction.

**Preemption.** Where federal or state law imposes a criminal history requirement that conflicts with a requirement of the Fair Chance Ordinance, the federal or state law will apply.

**No Retaliation.** An employer may not take an adverse action against an applicant or employee for exercising their rights under the ordinance or cooperating with the Office of Labor Standards Enforcement OLSE.

If you need more information, or wish to report an employer that you believe has violated this ordinance, please contact the OLSE at 415-554-5192 or email FCE@sfgov.org.

9/14

**OFFICE OF LABOR STANDARDS ENFORCEMENT**

City Hall, Room 430   1 Dr. Carlton B. Goodlett Place   San Francisco CA 94102-4685   Tel. (415) 554-6235   Fax (415) 554-4791



**BACKGROUND CHECK**
**AUTHORIZATION**

To the extent permitted by applicable state law, I hereby consent to and authorize Frito-Lay and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company"), to procure consumer report(s), criminal background check(s), investigative consumer report(s) (as defined by the federal Fair Credit Reporting Act), and/or investigative consumer report(s) (as defined by applicable California state law), on my background from a consumer reporting agency ("CRA") or from an investigative consumer reporting agency ("ICRA"), as described in the **Background Check Disclosure**, the **Additional Disclosures**, and the **California State Law Disclosures** (all of which I have reviewed on separate previous screens). I have reviewed and understand the information, statements, and notices in the **Background Check Disclosure**, the **Additional Disclosures**, and the **California State Law Disclosures**, as well as this **Background Check Authorization**. My authorization remains valid throughout my employment with the Company, such that, to the extent permitted by applicable law, I agree Company can procure additional consumer report(s), criminal background check(s), and/or investigative consumer report(s) (as defined by federal law) during my employment without providing additional disclosures or obtaining additional authorizations. Except as otherwise prohibited by state law, I consent to and authorize the Company to share this information with Company's current or prospective clients, customers, others with a need to know, and/or their agents (including but not limited to staffing/placement company clients and vendor credentialing companies) for business reasons (e.g., to place me in certain employment positions, jobs, work sites, etc.)

☐ **For California, Minnesota, or Oklahoma applicants/employees only:** If you would like to receive from the CRA, the ICRA, or the Company (as applicable) a copy of the report that Company may procure, please check this box.

Please click below to consent, authorize, agree, and confirm your review and understanding, as set forth in this Authorization.

By clicking the "I Consent, Authorize, Agree and Have Reviewed and Understood" button below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this Authorization. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this Authorization.

☐ **I Consent, Authorize, Agree, and Have Reviewed and Understood**

By typing my signature below, I, , agree that my electronic signature is the legally binding equivalent to my handwritten signature. Whenever I execute an electronic signature, it has the same validity and meaning as my handwritten signature. I will not, at any time in the future, repudiate the meaning of my electronic signature or claim that my electronic signature is not legally binding. By signing, I accept the conditions of this agreement.

Signature
First and Last Name:

Today's Date
(mm/dd/yyyy) *

Next

**FirstAdvantage Background Check for Spidle, Nathaniel**

**?** Help

This form can be saved in one language. First, select the appropriate language below, then complete the form.

English   Greek   Dutch   Polish

[ eLink blank form ]

---

**Please complete the fields below.**

**Candidate**

| | |
|---|---|
| *First Name | |
| Middle Initial | |
| *Last Name | |
| *Email (preferred contact for background related notifications) | |
| *Address1 | |
| Address2 | |
| *City (Municipality) | |
| *State (Region) | |
| Preferred Phone | |
| *Zip Code (Postal Code) | |
| *Government ID/SSN | (###-##-####) |
| *Issuing Authority | ▼   Selection details |
| *DOB | ▼  ▼  ▼ 📅 |
| Gender | ○ Male  ○ Female |
| Alias First Name 1 | |
| Alias Last Name 1 | |
| Alias First Name 2 | |
| Alias Last Name 2 | |

FLL000012

Alias First Name 3

Alias Last Name 3

Education

*School Type

*School Type* *dropdown*

🐾 *Selection details*

*School Name

*City (Municipality)

*State (Region)

*Country

Program / Major

*Highest Degree Type / Level Received

*Start Date (mm/dd/yyyy)

*End Date (mm/dd/yyyy)

*Graduation Date (Degree Date)

If you earned a GED as your highest degree received, please provide:

Year of GED

Location of GED test Site

Employment History

*Employment Type

🐾 *Selection details*

*Company Name (Employer Name)

*City (Municipality)

*State (Region)

*Position Title

*Name of Supervisor

FLL000013

Supervisor Phone

*Start Date

*End Date

Reason For Leaving

*Contact Current Employer
(Permission to contact)
☐ Yes
☐ No

*Employment Type ▼
🔍 *Selection details*

Former Company Name 1

City (Municipality)

State (Region)

Position Title

Name of Supervisor

Supervisor Phone

Start Date

End Date

Reason For Leaving

*Employment Type ▼
🔍 *Selection details*

Former Company Name 2

City (Municipality)

State (Region)

Position Title

Name of Supervisor

Supervisor Phone

Start Date

End Date

ELL000014

**Reason For Leaving**

## Criminal Record / History

Have you ever been convicted of a felony, or a misdemeanor involving any violent act, use or possession of a weapon, sale possession, manufacture or growing of a controlled substance, or act of dishonesty for which the record has not been sealed or expunged?

**Answer**
○ Yes
○ No

**Charge or Complaint**

## Criminal Record / History

If yes, please briefly describe the nature of the crime(s), the date and place of conviction and the legal disposition of the case. This company will not deny employment to any applicant solely because the person has been convicted of a crime. The company however, may consider the nature, date and circumstances of the offense as well as whether the offense is relevant to the duties of the position applied for.

**Description**

**Charge Type Classification**

## Criminal Record / History

Are you currently out on bail, the subject of a current warrant for arrest or released on your own recognizance pending trial? This company will not deny employment to any applicant solely because the person has been arrested for an alleged crime. The company however, may make further inquiry into whether the arrest record reflects the applicant's conduct, the nature, date and circumstances of the allegation, as well as whether the offense is relevant to the duties of the position applied for.

**Answer**
○ Yes
○ No

## Driver's License Information

**\*Type of License**    ▼
*Selection details*

**\*Driver's License Number**

**Licensing Agency (Region/State)**    ▼
*Selection details*

**License Country**    List >>

## Military Service

**Service Branch**

## Additional Information

ELL000015

Location to conduct drug screen

I hereby authorize and request any present or former employer, school, police department, financial institution or other persons having personal knowledge about me, to furnish bearer with any and all information in their possession regarding me in connection with an application for employment. I am willing that a photocopy of this authorization be accepted with the same authority as the original, and I specifically waive any written notice from any present or former employer who may provide information based upon this authorized request. I understand this authorization is to be part of the written employment application which I sign. I certify that the information on this Background Questionnaire is correct, and understand that falsification is grounds for refusing employment or dismissal.

I have been given a stand alone, consumer notification that a report will be requested and used for the purpose of evaluating me for employment or retention as an employee.

*By checking this box, I authorize PepsiCo and its vendors to check my background with the information provided above

☐ I Agree

PepsiCo Use Only

Lexis Nexis Account Selection          [          ] List >>

Requestor          [          ] List >>

* = required field

Save   Clear   Close

Candidate form: layout [ Background Check Disclosures ]

## BACKGROUND CHECK
### DISCLOSURE

A consumer report is a type of background check in which information (which may include, but is not limited to, criminal background, driving background, character, general reputation, personal characteristics, and mode of living) about you is gathered and communicated by a consumer reporting agency ("CRA") to **PepsiCo** and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company").

Company may obtain a consumer report on you to be used for employment purposes, including your application for employment.

**Please click below to acknowledge you have read and understand the Background Check Disclosure.**

By clicking the "I Consent, Authorize, Agree and Have Reviewed and Understood" button below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this **Background Check Disclosures** form. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this **Background Check Disclosures** form.

* **Acknowledgement**          ☐ I Acknowledge

* = required field

[ Close ]

Candidate form layout [ Background Check Additional Disclosures ]

## ADDITIONAL DISCLOSURES

*In addition to the disclosure set forth in the separate Background Check Disclosure screen, below please find additional disclosures/notices that may pertain to you. Please note: state disclosures that overlap with the disclosure set forth in the separate Background Check Disclosure screen are not repeated in these Additional Disclosures.*

**All applicants/employees:** PepsiCo and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company"), may obtain an investigative/consumer report on you to be used for employment purposes, including your application for employment. Under federal law, an investigative consumer report is a special type of consumer report in which information (which may include, but is not limited to, criminal background, driving background, character, general reputation, personal characteristics, and mode of living) about you may be obtained by personal (including telephone) interviews with neighbors, friends, associates, acquaintances, or others. (In California, the term "investigative consumer report" has a slightly different meaning, as explained in the separate California State Law Disclosures (non-credit) (if applicable).) You have a right to request from Company disclosures of the nature and scope of an investigative consumer report and a summary of your rights under the Federal Fair Credit Reporting Act. Your request should be made in writing to Company at First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292, Toll Free 1-800-845-6004, within a reasonable period of time after your receipt of this form. A copy of "A Summary of Your Rights under the Fair Credit Reporting Act" is included below.

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

Expand/Collapse Section Heading Area – "Label" type fields may be dragged here. If empty, section heading will be blank.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**You must be told if information is your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

* a person has taken adverse action against you because of information in your credit report;
* you are the victim of identity theft and place a fraud alert in your file;
* your file contains inaccurate information as a result of fraud;
* you are on public assistance;
* you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPT-OUT (1-888-567-8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau; 1700 G Street, N.W.; Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission: Consumer Response Center – FCRA; Washington, DC 20580 (877) 382 - 4357 |
| 2. To the extent not included in item 1 above: | a. Office of the Comptroller of the Currency; Customer Assistance Group 1301 McKinney Street, Suite 3450; Houston, TX 77010-9050 |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center; P.O. Box. 1200; Minneapolis, MN 55480 |
| | c. FDIC Consumer Response Center; 1100 Walnut Street, Box #11; Kansas City, MO 64106 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | d. National Credit Union Administration; Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO); 1775 Duke Street Alexandria, VA 22314 |
| d. Federal Credit Unions | |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings; Aviation Consumer Protection Division; Department of Transportation; 1200 New Jersey Avenue, S.E.; Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board; Department of Transportation; 395 E Street, S.W.; Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access; United States Small Business Administration |
| | 409 Third Street, SW, 8th Floor; Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission; 100 F Street, N.E.; Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration; 1501 Farm Credit Drive; McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Offices for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA; Washington, DC 20580; (877) 382-4357 |

**Massachusetts applicants/employees only:** The precise nature and scope of any investigative consumer report (which commonly includes information regarding your character, general reputation, personal characteristics, and mode of living) will be the same types of information described above. You have a right to have a copy of any investigative consumer report upon request from First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**Minnesota applicants/employees only:** You have the right to request a complete and accurate disclosure of the nature and scope of any consumer report from First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**Montana applicants/employee only:** You have a right to request from Company disclosures of the nature, scope, and substance of any investigative consumer report.

**New Jersey applicants/employees only:** The precise nature and scope of any investigative consumer report (which commonly includes information regarding your character, general reputation, personal characteristics, and mode of living) will be the same types of information described above. You have a right to have a copy of any investigative consumer report upon request from First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**New York applicants/employees only:** Company may request or utilize subsequent consumer reports (other than investigative consumer report(s)) on you throughout your employment. Upon request, you will be informed whether or not a consumer report was requested, and if such report was requested, informed of the name and address of the CRA that furnished the report. Upon written request, you will be informed whether or not an investigative consumer report was requested, and if such report was requested, the name and address of the CRA to whom the request was made. Your written request should be made to Company at First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292. You may also contact the Company at Toll Free 1-800-845-6004. Upon furnishing you with the name and address of the CRA, you will also be informed that you may inspect and receive a copy of such report by contacting that agency.

## NEW YORK CORRECTION LAW

### ARTICLE 23-A

LICENSURE AND EMPLOYMENT OF PERSONS PREVIOUSLY CONVICTED OF ONE OR MORE

FLL000018

CRIMINAL OFFENSES

§750. Definitions.

For the purposes of this article, the following terms shall have the following meanings:

(1) "Public agency" means the state or any local subdivision thereof, or any state or local department, agency, board or commission.

(2) "Private employer" means any person, company, corporation, labor organization or association which employs ten or more persons.

(3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.

(4) "License" means any certificate, license, permit or grant of permission required by the laws of this state, its political subdivisions or instrumentalities as a condition for the lawful practice of any occupation, employment, trade, vocation, business, or profession. Provided, however, that "license" shall not, for the purposes of this article, include any license or permit to own, possess, carry, or fire any explosive, pistol, handgun, rifle, shotgun, or other firearm.

(5) "Employment" means any occupation, vocation or employment, or any form of vocational or educational training. Provided, however, that "employment" shall not, for the purposes of this article, include membership in any law enforcement agency.

§751. Applicability.

The provisions of this article shall apply to any application by any person for a license or employment at any public or private employer, who has previously been convicted of one or more criminal offenses in this state or in any other jurisdiction, and to any license or employment held by any person whose conviction of one or more criminal offenses in this state or in any other jurisdiction preceded such employment or granting of a license, except where a mandatory forfeiture, disability or bar to employment is imposed by law, and has not been removed by an executive pardon, certificate of relief from disabilities or certificate of good conduct. Nothing in this article shall be construed to affect any right an employer may have with respect to an intentional misrepresentation in connection with an application for employment made by a prospective employee or previously made by a current employee.

§752. Unfair discrimination against persons previously convicted of one or more criminal offenses prohibited.

No application for any license or employment, and no employment or license held by an individual, to which the provisions of this article are applicable, shall be denied or acted upon adversely by reason of the individual's having been previously convicted of one or more criminal offenses, or by reason of a finding of lack of "good moral character" when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless:

(1) There is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individual; or

(2) the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public.

§753. Factors to be considered concerning a previous criminal conviction; presumption.

(1) In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall consider the following factors:

(a)The public policy of this state, as expressed in this act, to encourage the licensure and employment of persons previously convicted of one or more criminal offenses.

(b)The specific duties and responsibilities necessarily related to the license or employment sought or held by the person.

(c)The bearing, if any, the criminal offense or offenses for which the person was previously convicted will have on his fitness or ability to perform one or more such duties or responsibilities.

(d)The time which has elapsed since the occurrence of the criminal offense or offenses.

(e)The age of the person at the time of occurrence of the criminal offense or offenses.

(f)The seriousness of the offense or offenses.

(g)Any information produced by the person, or produced on his behalf, in regard to his rehabilitation and good conduct.

(h)The legitimate interest of the public agency or private employer in protecting property, and the safety and welfare of specific individuals or the general public.

(2)In making a determination pursuant to section seven hundred fifty-two of this chapter, the public agency or private employer shall also give consideration to a certificate of relief from disabilities or a certificate of good conduct issued to the applicant, which certificate shall create a presumption of rehabilitation in regard to the offense or offenses specified therein.

§754. Written statement upon denial of license or employment.

At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

§755. Enforcement.

(1) In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules.

(2) In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently, by the New York city commission on human rights.

**[PLEASE SEE BELOW FOR ADDITIONAL DISCLOSURES THAT MAY APPLY TO YOU]**

Washington State applicants/employees only:You have the right, upon written request made within a reasonable period of time after your receipt of this disclosure, to receive from the Company a complete and accurate disclosure of the nature and scope of any "investigative" consumer report we may have requested. You also have the right to request from the consumer reporting agency a written summary of your rights and remedies under the Washington Fair Credit Reporting Act. Any requests under this paragraph to the CRA should be made to First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292.

**[PLEASE SEE BELOW FOR ADDITIONAL DISCLOSURES THAT MAY APPLY TO YOU]**

*Post where readily accessible to job applicants and employees.*

## CITY AND COUNTY OF SAN FRANCISCO

EDWIN M. LEE, MAYOR

### NOTICE TO JOB APPLICANTS AND EMPLOYEES

### San Francisco Fair Chance Ordinance

Police Code, Article 49

Starting August 13, 2014, the Fair Chance Ordinance (San Francisco Police Code, Article 49) requires employers to follow strict rules regarding the use of arrest and conviction records in hiring and employment decisions. The ordinance covers job applicants and employees who would be or are performing work in whole, or in substantial part, in San Francisco and applies to employers who have 20 or more employees (regardless of the employees' locations).

Certain matters are off-limits. An employer may never ask about, require disclosure of, or consider: an arrest not leading to a conviction (other than an unresolved arrest that is still undergoing criminal investigation or trial); participation in a diversion or deferral of judgment program; a conviction that has been expunged or made inoperative; any determination in the juvenile justice system; a conviction more than 7 years old; and a criminal offense other than a felony/misdemeanor. Matters that are off-limits cannot be used by the employer for any reason at any stage of the hiring process.

An employer cannot ask about an individual's conviction history or unresolved arrests at the start of the hiring process. This includes through a job application form, informal conversation, or otherwise.

A mandatory interactive process for matters not off-limits, only after a live interview has been conducted, or a conditional offer of employment made, is the employer allowed to ask about an individual's conviction history (except as to matters that are off-limits) and unresolved arrests. Only those convictions and unresolved arrests that directly relate to the individual's ability to do the job may be considered in making an employment decision.

Before the employer may take an adverse action such as failing/refusing to hire, discharging, or not promoting an individual based on a conviction history or unresolved arrest, the employer must give the individual an opportunity to present evidence that the information is inaccurate, the individual has been rehabilitated, or other mitigating factors. The individual has seven days to respond, at which point the employer must

take any adverse action in a reasonable time and thereafter, the employer within five business days must notify the individual of any final adverse action.

*Evidence of rehabilitation* include satisfying parole/probation; receiving education/training; participating in alcohol/drug treatment programs; letters of recommendation; and age at which the individual was convicted. Mitigating factors include coercion, physical or emotional abuse, and untreated substance abuse/mental illness, that contributed to the conviction.

**Preemption.** Where federal or state law imposes a criminal history requirement that conflicts with a requirement of the Fair Chance Ordinance, the federal or state law will apply.

**No Retaliation.** An employer may not take an adverse action against an applicant or employee for exercising their rights under the ordinance or cooperating with the Office of Labor Standards Enforcement OLSE.

If you need more information, or wish to report an employer that you believe has violated this ordinance, please contact the OLSE at 415-554-5192 or email FCE@sfgov.org.

9/14

---

### OFFICE OF LABOR STANDARDS ENFORCEMENT

City Hall, Room 430 1 Dr. Carlton B. Goodlett Place San Francisco CA 94102-4683 Tel. (415) 554-6235 Fax (415) 554-4791

---

**Please click below to acknowledge you have read and understand the Background Check Additional Disclosures.**

By clicking the "I Consent, Authorize, Agree and Have Reviewed and Understood" button below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this **Background Check Additional Disclosures** form. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this **Background Check Additional Disclosures** form.

| Acknowledgement |   ☐ I Acknowledge

* = required field

[ Close ]

ELL000020

Candidate form layout [ California State Law Disclosures(Non-Credit) ]

# CALIFORNIA

## STATE LAW DISCLOSURES

### (Non-Credit)

**For California applicants/employees only:** Under California law, an "investigative consumer report" is a consumer report in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through any lawful means. In connection with your application for employment and/or continued employment (i.e., for employment purposes) with PepsiCo and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company"), Company obtain an investigative consumer report (as defined under California law). With respect to any investigative consumer report from an investigative consumer reporting agency ("ICRA"), Company may investigate the information contained in your employment application and other background information about you, including but not limited to obtaining a criminal record report, obtaining information about your character, general reputation, personal characteristics and mode of living, verifying references, work history, your social security number, your educational achievements, licensure, certifications, driving records, and other information about you, including interviewing people who are knowledgeable about you. The results of this report may be used as a factor in making employment decisions. The source of any investigative consumer report (as this term is defined under California law and as explained more fully above) will be First Advantage, P.O. Box 105292, Atlanta, GA 30348-5292, Toll Free 1-800-845-6004. Information regarding First Advantage's privacy practices can be found at www.fadv.com.

Under California Civil Code section 1786.22, you are entitled to a visual inspection of files maintained on you by an ICRA, as follows:

(1) In person, if you appear in person and furnish proper identification, during normal business hours and on reasonable notice. A copy of your file shall also be available to you for a fee not to exceed the actual costs of duplication services provided;

(2) By certified mail, if you make a written request, with proper identification, for copies to be sent to a specified addressee. An ICRA complying with requests for certified mailings under the California Code shall not be liable for disclosures to third parties caused by mishandling of mail after such mailings leave the ICRA;

(3) A summary of all information contained in your files and required to be provided by the California Code shall be provided to you by telephone, if you have made a written request, with proper identification for telephone disclosure, and the toll charges, if any, for the telephone call are prepaid by you or charged directly to you.

"Proper Identification" means information generally deemed sufficient to identify you, which includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if you cannot identify yourself with such information may the ICRA require additional information concerning your employment and personal or family history in order to verify your identity.

The ICRA will provide trained personnel to explain any information furnished to you and will provide a written explanation of any coded information contained in files maintained on you. This written explanation will be provided whenever a file is provided to you for visual inspection.

You may be accompanied by one other person of your choosing, who must furnish reasonable identification. An ICRA may require you to furnish a written statement granting permission to the ICRA to discuss your file in such person's presence.

**Please click below to acknowledge you have read and understand the California State Law Disclosures.**

By clicking the "I Consent, Authorize, Agree and Have Reviewed and Understood" button below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this **California State Law Disclosures(Non-Credit)** form. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this **California State Law Disclosures(Non-Credit)** form.

*Acknowledgement       ☐ I Acknowledge
                       ☐ N/A, I am not a California Resident

* = required field

[ Close ]

Candidate form layout [ Background Check Authorization ]

# BACKGROUND CHECK

## AUTHORIZATION

To the extent permitted by applicable state law, I hereby consent to and authorize PepsiCo and/or its subsidiaries, affiliates, other related entities, successors, and/or assigns (the "Company"), to procure consumer report(s), criminal background check(s), investigative consumer report(s) (as defined by the federal Fair Credit Reporting Act), and/or investigative consumer report(s) (as defined by applicable California state law), on my background from a consumer reporting agency ("CRA") or from an investigative consumer reporting agency ("ICRA"), as described in the **Background Check Disclosure, the Additional Disclosures,** and the **California State Law Disclosures** (all of which I have reviewed on separate previous screens). I have reviewed and understand the information, statements, and notices in the **Background Check Disclosure,** the **Additional Disclosures,** and the **California State Law Disclosures,** as well as this **Background Check Authorization.** My authorization remains valid throughout my employment with the Company, such that, to the extent permitted by applicable law, I agree Company can procure additional consumer report(s), criminal background check(s), and/or investigative consumer report(s) (as defined by federal law) during my employment without providing additional disclosures or obtaining additional authorizations. Except as otherwise prohibited by state law, I consent to and authorize the Company to share this information with Company's current or prospective clients, customers, others with a need to know, and/or their agents (including but not limited to staffing/placement company clients and vendor credentialing companies) for business reasons (e.g., to place me in certain employment positions, jobs, work sites, etc.).

☐ **For California, Minnesota, or Oklahoma applicants/employees only:** If you would like to receive from the CRA, the ICRA, or the Company (as applicable) a copy of the report that Company may procure, please check this box.

Please click below to consent, authorize, agree, and confirm your review and understanding, as set forth in this Authorization.

By clicking the "I Consent, Authorize, Agree and Have Reviewed and Understood" button below, I hereby acknowledge that I have read, fully understand, and agree to the terms and conditions stated in this **Background Check Authorization** form. I understand that I am not obligated to conduct business by electronic means, and I understand and agree to the use of this electronic method of signature to demonstrate my receipt, review and acceptance of the terms of this **Background Check Authorization** form.

* **Acknowledgement**      ☐ I Consent, Authorize, Agree, and Have Reviewed and Understood

* = required field

Close


First Advantage
A Symphony Technology Group Company

## BACKGROUND SIGNED AUTHORIZATION

**First Advantage Screening Solutions**
FAX:  888-214-0986  PHONE:  866-486-3589  EMAIL: pepsico.support@fadv.com

### *APPLICANT - COMPLETE SECTION BELOW:*

PLEASE PRINT
Applicant's Name: _____
          LAST                           FIRST                    MIDDLE
Other Names Used (Maiden, Divorced, Alias, etc.)_____

Telephone Number (include area code):  Day:_____  Evening_____

Last four of Social Security #: _____   Date of Birth_____

I hereby authorize and request any present or former employer, school, police department, financial institution or other persons having personal knowledge about me, to furnish bearer with any and all information in their possession regarding me in conection with an application for employment.  I am willing that a photocopy of this authorization be accepted with the same authority as the original, and I specifically waive any written notice from any present or former employer who may provide information based upoon this authorized request.  I understand this authorization is to be part of the written employment application which I sign.  I certify that the information on this Background Questionnaire is correct, and understand that falsifiction is grounds for refusing employment or dismissal.

I have been given a stand alone, consumer notification that a report will be requested and used for the purpose of evaluating me for employment or retention as an employee.

Signature: _____   Date: _____

30676336.1