# Exhibit 5

```
MUST BE
POSTMARKED
NO LATER THAN
_____
```

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

*Marcus Chism, et al. v. Frito-Lay, Inc., et al.*
**United States District Court for the Northern District of California**
**(Case No. 3:17-cv-00152 VC)**

TO EXCLUDE YOURSELF FROM THE SETTLEMENT IN THIS CASE, YOU MUST
COMPLETE, SIGN, AND RETURN THIS FORM BY U.S. MAIL, FAX, OR E-MAIL
BY_____, 2018.

MAIL THIS COMPLETED FORM TO:

[SETTLEMENT ADMINISTRATOR'S ADDRESS, FAX NO., AND EMAIL ADDRESS]

### 1. PERSONAL INFORMATION

Please provide the following information:

NAME (Last, First, Middle Initial):

_____

STREET ADDRESS:

_____

CITY, STATE, ZIP CODE:

_____

TELEPHONE NUMBER (include area code):

_____

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER:

_____

E-MAIL ADDRESS
(Optional – Will Only Be Used to Communicate With You About the Settlement)

_____

**YOU MUST COMPLETE ALL PAGES OF THIS CLAIM FORM**

MUST BE
POSTMARKED
NO LATER THAN

_____

## 2. REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

By signing and returning this Request for Exclusion Form, I certify that I have carefully read the Notice of Class Action Settlement (both the shorter postcard version I received in the mail and the longer version on the website _____ ), and that I wish to be excluded from the Settlement described therein.  I understand that this means I will not be eligible to receive any Settlement Payment, and I will not have standing to object to the Settlement, Class Counsel's Motion for Attorneys' Fees and Costs, or Class Counsel's Request for Plaintiff's Class Representative Service Award.  I also understand that if I am excluded from the Settlement, I may bring a separate lawsuit seeking damages, but that there is no guarantee of the outcome of such case, and I might recover nothing or less than what I would have recovered if I had remained covered by this Settlement.

## 3. CERTIFICATION

I have received and read the Notice of Proposed Class Action Settlement, both the shorter postcard version and the longer version on the website _____.  I submit this Request for Exclusion form to request exclusion from the Settlement in this case.

I declare under penalty of perjury under the laws of the United States of America that the information in this Request for Exclusion form is true and correct to the best of my knowledge and belief.

Executed on _____, 2018, at _____, _____
           (Date)                             (City)                   (State)

_____
(Signature)

_____
(Please print name)

33653096.1

**YOU MUST COMPLETE ALL PAGES OF THIS CLAIM FORM**