Shaun Setareh (SBN 204514)
        shaun@setarehlaw.com
Thomas Segal (SBN 222791)
        thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Ste. 907
Beverly Hills, California  90212
Tel:     (310) 888-7771
Fax:     (310) 888-0109

Attorneys for Plaintiff,
MARCUS CHISM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated, | Case No. 3:17-cv-00152-VC |
| Plaintiffs, | **DECLARATION OF MARCUS CHISM IN SUPPORT OF PRELIMINARY APPROVAL** |
| v. | |
| PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP.,  a Florida Corporation; and DOES 1 to 100, Inclusive, | Date: April 26, 2018<br>Time:  10:00am<br>Courtroom: 4 17th Floor<br>Judge: Hon. Vince Chhabria |
| Defendants. | |

_____

## DECLARATION OF MARCUS CHISM

I, MARCUS CHISM, declare as follows:

     1.    Except as otherwise indicated, I have personal knowledge of all matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

     2.    I am the named plaintiff and class representative in this action against Defendant Frito-Lay, Inc. ("Defendant").

     3.    I understand that, as class representative, I have certain duties and responsibilities to the class, and I believe that I have fairly represented the interests of all class members during the entire course of this case.

     4.    I worked for Defendant in the State of California during the relevant Class Period.

     5.    After my attorneys provided me with information regarding class actions, how they work, and what my duties would be as the class representative, I agreed to serve as the class representative in this case so that I could seek to recover penalties on behalf of myself and other employees like me.

     6.    I have considered the interests of the Settlement Class just as I would consider my own interests, have put the interests of the Settlement Class before my own interests by retaining experienced counsel and carefully considering the impact that the Settlement in this case would have on them, and I understand that the Settlement in this case is subject to this Court's approval to ensure that it is in the best interest of the class as a whole.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on _____,
4/12/2018
2018 at Ontario, California.

_____
MARCUS CHISM
Declarant