SHAUN SETAREH (SBN 204514)
shaun@setarehlaw.com
THOMAS SEGAL (SBN 222791)
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:   (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff,
MARCUS CHISM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida Corporation; and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00152-VC<br><br>[~~AMENDED PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiff's Motion for Preliminary Approval of Class Action Settlement came for hearing before this Court on April 26, 2018. The Court hereby determines and orders as follows:

1. The Settlement Agreement is hereby provisionally approved subject to further consideration at the Final Approval hearing.

2. The Court finds that the proposed Settlement is "fair, reasonable and adequate" based on the value of the claims in the case, the monetary value of the proposed settlement and the risks that the plaintiffs would face in proceeding with litigation. The Settlement was arrived at after sufficient investigation and discovery and was based on a mediator's proposal from an experienced mediator. It appears that the settlement negotiations were at arms-length.

3. The Court finds for settlement purposes only that: (i) the proposed Settlement Class is so numerous that joinder would be impracticable; (ii) that commonality exists as to the Settlement Class; (iii) there are questions of law and fact common to the Settlement Class which predominate over any individual questions; (iv) the claims of Plaintiff are typical of the Settlement Class; (v) Plaintiff and Class Counsel will fairly and adequately represent the interests of the Settlement Class; and (vi) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

4. For settlement purposes, the Court certifies the following class:

> "All applicants for employment in the United States who applied for a job with Frito-Lay North America, Inc. and on whom background checks were conducted during the Covered Periods; excluding individuals who were members of a separate class in a prior background check class action, *Roe v. Frito-Lay, Inc.,* 4:14-cv-00751-HSG (N.D. Cal.) The Covered Periods are a) for Frito-Lay frontline non-exempt positions, the period from January 12, 2015 through November 7, 2016, and (b) for Frito-Lay salaried/ exempt positions, the period from January 12, 2015 through December 15, 2016."

5. The Court appoints the Setareh Law Group as Class Counsel for the Settlement Class.

6. The Court appoints Marcus Chism as the representative of the Settlement Class.

7. The Long Form Notice and Postcard Notice and provisions for disseminating those

materials and information, attached to the Declaration of Shaun Setareh, are consistent with Federal Rule of Civil Procedure Rule 23 and are approved subject to the modifications of the notice process and Postcard Notice and Request for Exclusion Form set forth in the May 4, 2018 Stipulation Re Administrative Motion to Grant Preliminary Approval With Modified Notice Procedures and Notice Postcard. These materials (a) provide the best notice practicable under the circumstances; (b) are reasonably calculated, under the circumstances, to apprise the Settlement Class of the pendency of the action, the terms of the proposed Settlement, and of their right to exclude themselves from, or object to, the proposed settlement; (c) are reasonable and constitute due, adequate, and sufficient notice to all persons entitled to receive notice; and (d) fully comply with United States law.

       8.      The Court hereby approves and appoints KCC LLC as the Claims Administrator.

       9.      The Court orders the following Settlement deadlines which assume a preliminary approval date of May 10, 2018:

| | |
|---|---|
| Defendant's Production of Class List to Settlement Administrator | May 24, 2018 |
| Mailing of Postcard Notice and Emailing of Notice | June 7, 2018 |
| Response and Objection Deadline | July 23, 2018 |
| Request for Exclusion Deadline | July 23, 2018 |
| Deadline for Filing Motion for Attorney Fees | July 9, 2018 |
| Deadline for Filing Motion for Final Approval Motion | August 2, 2018 |
| Final Approval Hearing | September 6, 2018 at 10:00am |

IT IS SO ORDERED.

Dated: May 14, 2018

The Honorable Vince Chhabria

33991835.2

3      Case No. 3:17-cv-00152-VC

[AMENDED PROPOSED] ORDER