**Exhibit 2**

3:27 PM
07/06/18
Accrual Basis

## Law Office of Shaun Setareh, APC
## Find Report
### All Transactions

| Date | Name | Memo | Account | Amount |
|---|---|---|---|---|
| 05/08/2018 | One Legal LLC | Sales Order # 11955365, Case#13:17-CV-00152 | Pepsi Co (FCRA) | 30.00 |
| 04/30/2018 | Thomson Reuters-West | Inv.# 838145969, 4/1/18-4/30/18 | Pepsi Co (FCRA) | 945.00 |
| 04/25/2018 | Thomas Segal | reimbursement for taxi | Pepsi Co (FCRA) | 53.95 |
| 04/19/2018 | Southwest Air | Conf# NUNDLQ, Segal Thomas, 4/25-26/2018 | Pepsi Co (FCRA) | 358.96 |
| 04/19/2018 | Hotels.Com | Segal Thomas, 4/25/2018 | Pepsi Co (FCRA) | 453.45 |
| 04/16/2018 | One Legal LLC | Sales Order # 11894348, Case#3:17-CV-00152 | Pepsi Co (FCRA) | 30.00 |
| 03/31/2018 | PACER | 1st Qtr., Inv.# 2957234-Q12018 | Pepsi Co (FCRA) | 23.50 |
| 03/31/2018 | Thomson Reuters-West | Inv.# 837975611, 3/1/18-3/31/18 | Pepsi Co (FCRA) | 720.00 |
| 12/31/2017 | PACER | 4th Qtr., Inv.# 2957234-Q42017 | Pepsi Co (FCRA) | 38.30 |
| 11/30/2017 | Thomson Reuters-West | Inv.# 837285227, 11/1/17-11/30/17 | Pepsi Co (FCRA) | 886.00 |
| 10/31/2017 | Thomson Reuters-West | Inv.# 837113758, 10/1/17-10/31/17 | Pepsi Co (FCRA) | 4,958.00 |
| 10/26/2017 | One Legal LLC | Sales Order # 11474087, Case# 3:17-CV-00152 | Pepsi Co (FCRA) | 27.95 |
| 10/04/2017 | One Legal LLC | Sales Order # 11417565, Case# 3:17-CV-00152 | Pepsi Co (FCRA) | 27.95 |
| 09/30/2017 | Thomson Reuters-West | Inv.# 836926863 , 9/1/17-9/30/17 | Pepsi Co (FCRA) | 155.00 |
| 09/30/2017 | PACER | 3rd Qtr., inv.# 2957234-Q32017 | Pepsi Co (FCRA) | 5.80 |
| 09/22/2017 | Thomas Segal | 9/12/2017 | Pepsi Co (FCRA) | 132.00 |
| 09/19/2017 | Marcus Chism | Expenses reimbursement | Pepsi Co (FCRA) | 154.28 |
| 09/14/2017 | LAX Airport Lot | | Pepsi Co (FCRA) | 38.50 |
| 09/12/2017 | Cheesecake Factory | | Pepsi Co (FCRA) | 8.78 |
| 09/12/2017 | The Posh bagel San Francisco | | Pepsi Co (FCRA) | 2.72 |
| 09/12/2017 | San Francisco soup Co | | Pepsi Co (FCRA) | 17.77 |
| 09/11/2017 | Ritz Carlton Hotel | Shaun Setareh 9/11/17-9/13/17 | Pepsi Co (FCRA) | 423.51 |
| 09/11/2017 | Southwest Air | 9/12/2017, Chism Marcus, conf # VIS6F8 | Pepsi Co (FCRA) | 347.95 |
| 09/11/2017 | Southwest Air | 9/12/17-9/13/17, Thomas Segal, conf # VUWWCU | Pepsi Co (FCRA) | 432.96 |
| 09/11/2017 | Southwest Air | 9/11/17-9/13/17, Shaun Setareh, conf # VZKU98 | Pepsi Co (FCRA) | 133.98 |
| 08/08/2017 | Michael E. Dickstein | Case name: Pepsi Co (FCRA), 9/12/17 | Pepsi Co (FCRA) | 7,000.00 |
| 07/31/2017 | Thomson Reuters-West | Inv.# 836574256 , 7/1/17-7/31/17 | Pepsi Co (FCRA) | 111.00 |
| 07/20/2017 | One Legal LLC | Sales Order # 11228589,  Case# 3:17-CV-00152-VC | Pepsi Co (FCRA) | 27.95 |
| 07/05/2017 | One Legal LLC | Sales Order # 111839786,  Case# 3:17-CV-00152-VC | Pepsi Co (FCRA) | 27.95 |
| 06/30/2017 | PACER | 2nd Qtr., Inv.# 2957234-Q22017 | Pepsi Co (FCRA) | 41.30 |
| 06/19/2017 | One Legal LLC | Sales Order # 111839786,  Case# 3:17-CV-00152-VC | Pepsi Co (FCRA) | 27.95 |
| 06/16/2017 | Uber Technologie | | Pepsi Co (FCRA) | 7.10 |
| 06/15/2017 | Uber Technologie | | Pepsi Co (FCRA) | 45.46 |
| 06/15/2017 | Uber Technologie | | Pepsi Co (FCRA) | 34.03 |
| 06/15/2017 | Uber Technologie | | Pepsi Co (FCRA) | 32.80 |
| 06/15/2017 | Uber Technologie | | Pepsi Co (FCRA) | 5.92 |
| 06/08/2017 | Southwest Air | conf # NFCPTV, valid charge | Pepsi Co (FCRA) | 267.96 |
| 06/01/2017 | One Legal LLC | Sales Order # 11108952,  Case# 3:17--CV-00152-VC | Pepsi Co (FCRA) | 27.95 |

3:27 PM
07/06/18
Accrual Basis

# Law Office of Shaun Setareh, APC
## Find Report
### All Transactions

| Date | Name | Memo | Account | Amount |
|---|---|---|---|---|
| 05/31/2017 | Thomson Reuters-West | Inv.# 836228868, 5/1/17-5/31/17 | Pepsi Co (FCRA) | 3,973.00 |
| 05/04/2017 | One Legal LLC | Sales Order # 11049158, Case# 3:17-CV-00152 VC | Pepsi Co (FCRA) | 27.95 |
| 05/03/2017 | One Legal LLC | Sales Order # 11044489, Case# 3:17-CV-00152 VC | Pepsi Co (FCRA) | 27.95 |
| 05/01/2017 | One Legal LLC | Sales Order # 11037809, Case# 3:17-CV-00152-VC | Pepsi Co (FCRA) | 27.95 |
| 04/30/2017 | Thomson Reuters-West | Inv.# 836059232, 4/1/17-4/30/17 | Pepsi Co (FCRA) | 1,705.00 |
| 04/17/2017 | One Legal LLC | Sales Order # 11006269, Case# 3:17-CV-00152 | Pepsi Co (FCRA) | 27.95 |
| 03/31/2017 | PACER | 1st Qtr., Inv.# 2957234-Q12017 | Pepsi Co (FCRA) | 3.10 |
| 02/01/2017 | LA Process Servers | Inv.# 1544 | Pepsi Co (FCRA) | 70.00 |
| 01/19/2017 | Sure Serve Process Servers | case# C17-152JCS | Pepsi Co (FCRA) | 55.00 |
| 01/13/2017 | One Legal LLC | Sales Order # 10792489 Case# 3:17-CV-00152-JCS | Pepsi Co (FCRA) | 26.95 |
| 01/12/2017 | US District Court Northern District | | Pepsi Co (FCRA) | 400.00 |
| **Total** | | | | **24,408.53** |