Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Thomas Segal (SBN 222791)
thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Ste. 907
Beverly Hills, California 90212
Tel:   (310) 888-7771
Fax:   (310) 888-0109

Attorneys for Plaintiff,
MARCUS CHISM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida Corporation; and DOES 1 to 100, Inclusive,<br><br>           Defendants. | Case No. 3:17-cv-00152-VC<br><br>**DECLARATION OF MARCUS CHISM IN SUPPORT OF MOTION FOR FINAL APPROVAL AND ATTORNEY'S FEES, REIMBURSEMENT OF COSTS, AND ENHANCEMENT FEES**<br><br>Date: September 6, 2018<br>Time: 10:00am<br>Courtroom: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

---

*Chism v. Frito-Lay Inc.*  Declaration of Marcus Chism ISO Motion for
Final Approval of Class Action Settlement

# DECLARATION OF MARCUS CHISM

I, MARCUS CHISM, declare as follows:

1. Except as otherwise indicated, I have personal knowledge of all matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the named plaintiff and class representative in this action against Defendant Frito-Lay, Inc. ("Defendant").

3. I understand that, as class representative, I have certain duties and responsibilities to the class, and I believe that I have fairly represented the interests of all class members during the entire course of this case.

4. I worked for Defendant in the State of California during the relevant Class Period.

5. After my attorneys provided me with information regarding class actions, how they work, and what my duties would be as the class representative, I agreed to serve as the class representative in this case so that I could seek to recover penalties on behalf of myself and other employees like me.

6. I have considered the interests of the Settlement Class just as I would consider my own interests, have put the interests of the Settlement Class before my own interests by retaining experienced counsel and carefully considering the impact that the Settlement in this case would have on them, and I understand that the Settlement in this case is subject to this Court's approval to ensure that it is in the best interest of the class as a whole.

7. I have spent a lot of time in connection with this case to date, close to forty five (45) hours. Such time prevented me from spending time with my family, working, or engaging in other personal pursuits. The activities I have spent this time on include, but are not limited to: (i) retaining experienced counsel, (ii) providing them with extensive information about my work history with Defendant and Defendant's policies and practices, (iii) assisting my counsel in preparing for settlement negotiations, (iv) travelling to and attending the full-day mediation in this case, (v) time spent being actively involved in the settlement process to ensure a fair result for the Settlement Class as a whole, and (vi) time spent carefully reviewing the Settlement, and other case-related documents on my own and with my counsel to make sure that the Settlement and other work my attorneys performed are in the best interests of the Settlement Class Members.

8. I understand that my attorneys are submitting an application to this Court for an Incentive Award to compensate me for my unique contributions to the success of this action in the amount of $5,000. I believe this amount is fair and reasonable compensation for my efforts in this case and the risks I have taken in pursuing a fair recovery for the Settlement Class. The payment to me of the enhancement award of $5,000 is also not equal to the harm to my current or future career prospects that this case may cause me. There is now a public record -- this publicly filed lawsuit -- that I served as a class representative in a class action case against a former employer. This may especially hurt my chances of getting a job with prospective employers. Before I filed this case, my attorneys also advised me of the possibility that, if the case was lost, I could have been ordered to pay Defendant's costs, which easily could have totaled tens of thousands of dollars by the end.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 6, 2018 at Ontario, California.

⸺DocuSigned by:

_alFacHism_
Declarant