# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendant. | Case No. 3:17-cv-00152-VC<br><br>**DECLARATION OF ORLANDO CASTILLEJOS ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE** |

## DECLARATION OF ORLANDO CASTILLEJOS ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE

I, Orlando Castillejos, declare:

1.      I  am employed as a project manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the project manager, I oversee all aspects of the administrative services provided. I submit this declaration regarding the *Chism v Pepsico Inc, et al,* Notice Program.

2.      On May 22, 2018 defense counsel provided KCC an Excel Workbook that contained the names, mailing addresses, and email addresses of 38,  174 Settlement Class Members.   KCC reviewed and the data and processed the names and addresses through the United States Postal Service ("USPS") National Change of Address database.   KCC identified and removed 34 records with no valid physical address,  13  duplicate address records, 48

duplicate email address records and 1 foreign address record. There remained a total of 38,078 records with either an email address or a postal address that could be sent notice.

3.     On June 7, 2018, KCC established a website for this settlement at www.chismfcrasettlement.com,  On the website, visitors can view answers to frequently asked questions, download important case documents including the settlement agreement, preliminary approval order, notice, exclusion form. Visitors could also submit objections, exclusions and address updates online

4.     On June 7, 2018, KCC established a toll free telephone number that Class Members could call and listen to answers to Frequently Asked Questions, and important dates and deadlines.

5.     On June 7, 2018, KCC sent the Email Notice to 37,985 Class Members. A true and correct copy of the Email Notice is attached hereto as Exhibit A.

6.     On June 7, 2018, KCC mailed a Postcard Notice to 38,078 Class Members whose physical address was available.   A true and correct copy of the Postcard Notice is attached as Exhibit B.

7.     To date, KCC has received a total of 580 Notice Postcards returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice Packages to be re-mailed to the updated addresses.

8.     To date, KCC has received a total of 3,896 Notice Packages returned by the U.S. Postal Service without forwarding address information.   KCC ran a search for an updated address for Class Members whose Notice Packages was returned as undeliverable, and updated and re-mailed the Notice Packages to 3,281 Class Members.

9.      The deadline to submit a request for exclusion ("opt-out") is July 23, 2018. To date, KCC has received 3 timely opt-outs. A list of the Class Members who submitted timely and valid Request for Exclusion Form's from the Settlement Class (the "Exclusion Report) is attached as Exhibit C.

10.     The deadline to submit an objection to the settlement is July 23, 2018.  To date, KCC has received 0 objections.

11.     Through July 6, 2018, KCC's cost fees and costs incurred are $33,935.65. It is estimated that costs and fees are to be approximately $110,000.00. Assuming the scope of work proposed does not change, KCC has agreed to a not to exceed amount of $114,000.00 in administration costs. KCC costs to be incurred include ongoing telephone and website support, reporting as well as an initial and secondary disbursement of checks.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 7th  day of July, 2018, at Louisville, Kentucky.

ORLANDO CASTILLEJOS

# EXHIBIT A

# Notice of Class Action Settlement

*Marcus Chism, et al. v. Frito Lay, Inc., et al.*
Case No. 3:17-cv-00152-VC
**United States District Court, Northern District of California**

The purpose of this Notice is to inform you that your rights may be affected by a class action lawsuit ("Lawsuit") against Frito-Lay, Inc. ("Frito-Lay") based on claims that the pre-employment background check that Frito-Lay requested violated the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.,* and California state law. The Lawsuit is pending in the United States District Court for the Northern District of California. At this time, a settlement has been preliminarily approved by the Court. The amount of money set aside to fund the settlement is a total of $2,400,000 (the "Settlement Amount").

Frito-Lay's records indicate that you are a class member.  If the settlement is approved by the Court and you do not request exclusion from the settlement class, you will receive a settlement payment. Your settlement payment is estimated to be $40.00. The amount of your payment will also depend on the amount of attorneys' fees and costs, class representative award, and administration costs approved by the Court. You may receive a second payment based on the amount of =cashed checks. In order to receive a settlement payment you do not need to do anything except inform the Settlement Administrator if your mailing address changes. You can change your address online at www.chismfcrasettlement.com,

The Court has appointed the Setareh Law Group to serve as class counsel. It will petition the Court to award $800,000 in attorneys' fees and up to $35,000 in expenses. Plaintiff Marcus Chism will also seek a $5000 incentive award. This amount, if approved, would be paid out of the Settlement Amount.   The motion for attorneys' fees will be posted at www.chismfcrasettlement.com  after July 9, 2018.
If you do not want to be bound by the settlement, you must request exclusion. You may request exclusion by mailing a written Request for Exclusion to the Settlement Administrator by July 23, 2018. If you request exclusion, you will not receive a settlement payment but will retain the right to file your own lawsuit. If you choose to remain a part of the class, you can also object to the proposed settlement. Specific instructions on how to object or request exclusion are available at  www.chismfcrasettlement.com,   You can also object or request exclusion online at www.chismfcrasettlement.com,

This Notice is a summary. You can retrieve a copy of the full notice and other related court documents at www.chismfcrasettlement.com,  If you have additional questions, please contact the settlement administrator at 1-877-468-0440 or Class Counsel Shaun Setareh of Setareh Law Group at 310-888-7771.

The Court will hold a fmal approval hearing on Thursday, September 6, 2018 at 10:00 a.m. at San Francisco Courthouse, Courtroom 4 — 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The date of the final approval hearing may change without further notice. You should check  www.chismfcrasettlement.com  or the Court's PACER site to confirm that the date has not changed.

# EXHIBIT B

*Marcus Chism, et al. v. Frito Lay, Inc., et al.*
do KCC Class Action Services
Settlement Administrator
P.O. Box 404020
Louisville, KY 40233-4020

2D

## LEGAL NOTICE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
Postal Service: Please Do Not Mark Barcode

**PII-«Claim8»-«CkDig»**

Claim ID: <<Claim8>>

See other side for details          PIN: «PIN»

**«Addr1» «Addr2»**
«City»>, «State»> <<Zip>>
**«FName»> <<LName>>**

# PII

# Notice of Class Action Settlement

*Marcus Chism, et al. v. Frito Lay, Inc., et al.*
Case No. 3:17-cv-00152-VC
United States District Court, Northern District of California

The purpose of this Notice is to inform you that your rights may be affected by a class action lawsuit ("Lawsuit") against Frito-Lay, Inc. ("Frito-Lay") based on claims that the pre-employment background check that Frito-Lay requested violated the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, and California state law. The Lawsuit is pending in the United States District Court for the Northern District of California. At this time, a settlement has been preliminarily approved by the Court. The amount of money set aside to fund the settlement is a total of $2,400,000 (the "Settlement Amount").

Frito-Lay's records indicate that you are a class member.  If the settlement is approved by the Court and you do not request exclusion from the settlement class, you will receive a settlement payment. Your settlement payment is estimated to be $40.00. The amount of your payment will also depend on the amount of attorneys' fees and costs, class representative award, and administration costs approved by the Court. You may receive a second payment based on the amount of uncashed checks. In order to receive a settlement payment you do not need to do anything except inform the Settlement Administrator if your mailing address changes. You can change your address online at www.chismfcrasettlement.com.

The Court has appointed the Setareh Law Group to serve as class counsel. It will petition the Court to award $800,000 in attorneys' fees and up to $35,000 in expenses. Plaintiff Marcus Chism will also seek a $5000 incentive award. This amount, if approved, would be paid out of the Settlement Amount. The motion for attorneys' fees will be posted at www.chismfcrasettlement.com  after July 9, 2018.

If you do not want to be bound by the settlement, you must request exclusion. You may request exclusion by mailing a written Request for Exclusion to the Settlement Administrator by July 23, 2018. If you request exclusion, you will not receive a settlement payment but will retain the right to file your own lawsuit. If you choose to remain a part of the class, you can also object to the proposed settlement. Specific instructions on how to object or request exclusion are available at www.chismfcrasettlement.com.  You can also object or request exclusion online at www.chismfcrasettlement.com.

This Notice is a summary. You can retrieve a copy of the full notice and other related court documents at www.chismfcrasettlement.com.  If you have additional questions, please contact the settlement administrator at 1-877-468-0440 or Class Counsel Shaun Setareh of Setareh Law Group at 310-888-7771.

The Court will hold a final approval hearing on Thursday, September 6, 2018 at 10:00 a.m. at San Francisco Courthouse, Courtroom 4 — 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The date of the final approval hearing may change without further notice. You should check www.chismfcrasettlement.com  or the Court's PACER site to confirm that the date has not changed.

# EXHIBIT C

**Exclusion Report**

| ClaimID | FirstName | LastName |
| --- | --- | --- |
| PII-100020933 | RAPHAEL | ORILEY |
| PII-100060439 | SANDRINE | AKINDO |
| PII-100313418 | JASON | POULIN |