SHAUN SETAREH (SBN 204514)
shaun@setarehlaw.com
THOMAS SEGAL (SBN 222791)
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:  (310) 888-7771
Facsimile:   (310) 888-0109

Attorneys for Plaintiff,
MARCUS CHISM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CHISM, on behalf of himself, all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PEPSICO, INC., a North Carolina Corporation; FRITO-LAY, INC., a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida Corporation; and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 3:17-cv-00152-VC<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4 |

This action is hereby DISMISSED with prejudice and judgment is entered in accordance with the Amended Order Granting Final Approval of Class Action Settlement; Award of Attorney Fees and Expenses, Settlement Administrator Expenses, and Class Representative Service Award. (ECF No. 102). Without affecting the finality of this Judgment, the Court reserves jurisdiction over all parties and the Class as to all matters concerning administration, consummation and enforcement of the Settlement.

**IT IS SO ORDERED.**

Dated: January 7, 2019

The Honorable Vince Chhabria